**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MEDISYS, INC.,

                 Respondent

                       v.

STEPHANIE HUNSBERGER,

                 Petitioner

:  No. 166 MAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

     **AND NOW**, this 27th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.